1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
            **DISTRICT OF NEVADA**
7

8   Champion Residential Services, Inc.        )    Case # 3:19-cv-00375-LRH-WGC
9   d/b/a Morris-Jenkins, a North Carolina     )
    corporation,                               )
                                               )    **VERIFIED PETITION FOR**
10              Plaintiff(s),                   )    **PERMISSION TO PRACTICE**
                                               )    **IN THIS CASE ONLY BY**
11          vs.                                )    **ATTORNEY NOT ADMITTED**
                                               )    **TO THE BAR OF THIS COURT**
12  Sierra Air, Inc., a Nevada corporation;     )    **AND DESIGNATION OF**
    Ronald L. Ford, an individual; and Rickey  )    **LOCAL COUNSEL**
13  Hayes Jr., an individual,                  )
                                               )
                Defendant(s).                   )
14                                              )    FILING FEE IS $250.00
                                               )
15

16  _____J. Mitchell Aberman_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

                        James, McElroy & Diehl, PA
19  _____
                                (firm name)

20  with offices at _____525 N. Tryon Street, Suite 700_____,
                                        (street address)
21
    _____Charlotte_____, _____North Carolina_____, ____28202____,
22          (city)                        (state)                (zip code)

23  _____704-372-9870_____, _____maberman@jmdlaw.com_____.
    (area code + telephone number)          (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
    Plaintiff Champion Residential Services, Inc.__ to provide legal representation in connection with
26                  [client(s)]

27  the above-entitled case now pending before this Court.

28
                                                                            Rev. 5/16

3. That since ___August 18, 1984___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___North Carolina___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| South Carolina Supreme Court | 11-15-84 | 276 |
| US District Court, Western District of NC | 10-04-84 | |
| US District Court, District of SC | 01-29-87 | 243 |
| Court of Appeals for Fourth Circuit | 11-12-88 | |
| US District Court, Middle District of NC | 02-05-92 | |
| US District Court, Eastern District of NC | 08-03-07 | |
| United States Supreme Court | 10-19-09 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)  None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> North Carolina Bar Association and South Carolina Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___North Carolina___ )
                                )
COUNTY OF ___Mecklenburg___ )

___J. Mitchell Aberman___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__8th__ day of __August__, __2019__ by __J. Mitchell Aberman__.

___Laura Kelley Baker___
Notary Public or Clerk of Court
Laura Kelley Baker, Notary Public
My Commission Expires 02.27.2021

[Notary seal: LAURA KELLEY BAKER — NOTARY PUBLIC — MECKLENBURG COUNTY, NC]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael J. McCue___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3993 Howard Hughes Pkwy., Suite 600___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)           (state)         (zip code)

___702-949-8224___, ___mmccue@lrrc.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael J. McCue_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Champion Residential
Services, Inc.
By: Dewey Jenkins
    Chairman

_____
(party's signature)

DEWEY JENKINS, CHAIRMAN
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6055          mmccue@lrrc.com
Bar number        Email address

APPROVED:
DATED this 12th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that John Mitchell Aberman was duly sworn and admitted as an attorney in this state on November 15, 1984, and is currently a Regular Member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *Margaret C. McGee*

Deputy Clerk for Bar Admissions

Columbia, South Carolina

August 13, 2019

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar,

do hereby certify that

Mr. John M. Aberman (Bar # 12295)

was licensed to practice law by the State of North Carolina on August 18, 1984.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar,
this the 14th day of August, 2019.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar