**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPION RESIDENTIAL SERVICES, INC. D/B/A/ MORRIS-JENKINS, a North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA AIR, INC., a Nevada corporation; RONALD J. FORD, an individual; and RICKEY HAYES, JR., an individual,<br><br>Defendants. | CASE NO.: 3:19-cv-00375-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Champion Residential Services, Inc. d/b/a Morris-Jenkins and Defendants Sierra Air, Inc., Ronald J. Ford, and Rickey Hayes, Jr., hereby stipulate to dismiss with prejudice the above-entitled action, including all claims against all parties,

with each party to bear their own attorney's fees and costs.

Jointly and respectfully submitted this 7th day of May, 2020.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| By: /s/Arthur A. Zorio<br>Arthur A. Zorio<br>Samantha J. Reviglio<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Telephone: 775.324.4100<br>Email: azorio@bhfs.com<br>Email: sreviglio@bhfs.com | By: /s/ Meng Zhong<br>Michael J. McCue<br>Meng Zhong<br>3996 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone: 702.949.8200<br>Email: mmccue@LRRC.com<br>Email: mzhong@LRRC.com |

## ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 11th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2